SAMUEL MOSKOWITZ, Appellant, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent,

*Moskowitz* v. *Brooklyn Heights R. R. Co.*, 89 App. Div. 425, affirmed.
(Argued October 26, 1905; decided November 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

January 5, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Robert H. Roy* for appellant.

*I. R. Oeland* and *George R. Yeomans* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.